IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ISAAC COOPER,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5755

Opinion filed March 5, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

M. Blair Payne, Public Defender, and John M. Hendrick, Assistant Public Defender, Live Oak, for Petitioner.

Pamela Jo Bondi, Attorney General, and Kristen Lynn Bonjour, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

Petitioner is granted a belated appeal of the October 6, 2014, judgment and sentence in Suwannee County Circuit Court case number 13-0362-CF. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the

circuit court for treatment as the notice of appeal.  <u>See</u> Fla. R. App. P. 9.141(c)(6)(D).

If petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.

LEWIS, C.J., BENTON and THOMAS, JJ., CONCUR.